AO 83 (Rev. 06/09) Summons in a Criminal Case

United States Courts
Southern District of Texas
RECEIVED    FILED

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

UNITED STATES MARSHAL  JUL 0 8 2026
2026 JUL -2 PM 2: 52
SOUTHERN DIST. TX. Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Moises Israel Tirado<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No. **4:26-mj-426**<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>515 Rusk Street<br>Houston, TX 77022 | Courtroom No.: 700 |
|---|---|
| | Date and Time: July 15, 2026 at 10:00 AM |

This offense is briefly described as follows:

49 U.S.C. § 46307 - Violation of National Defense Airspace

Date: July 02, 2026

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 07/07/2026

_____
*Server's signature*

I.Barajas Deputy U.S. Marshal

Anderson, who is Moises Israel Tirado's sister-in-law, accepted service on his behalf.          *Printed name and title*