United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:26-MJ-00426-1 |
| | § | |
| MOISES ISRAEL TIRADO | § | |

## ORDER

Upon presentation of Defendants' unopposed Motion to Travel, this court

ORDERS the following:

1. Defendant's request to travel to Collin Technical College from August 16-22, 2026, is GRANTED.

2. Defendant's request to travel to San Antonio from August 23-30, 2026, is GRANTED

Signed, on _____ August 11, _____, 2026.

_____
HONORABLE JUDGE

4